FOR PUBLICATION

### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS & ST. JOHN

| | | |
|---|---|---|
| Certain Underwriters at Lloyd's London Subscribing to Policy No. CPG 1239, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 2008-26 |
| Bunker Hill View Guest House, Inc. d/b/a Bunker Hill Hotel, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) ) | |
| Certain Underwriters at Lloyd's London Subscribing to Policy No. CPG 1239, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 2008-27 |
| Bunker Hill View Guest House, Inc. d/b/a Bunker Hill Hotel, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

ATTORNEYS:

**Douglas L. Capdeville, Esq.**
St. Croix, U.S.V.I.
    *For the plaintiff.*

**Desmond L. Maynard, Esq.**
St. Thomas, U.S.V.I.
    *For the defendant.*

<u>JUDGMENT</u>

GÓMEZ, C.J.

    Before the Court is the motion of the plaintiff, Certain

Underwriters at Lloyd's London Subscribing to Policy No. CPG 1239

*Certain Underwriters at Lloyd's v. Bunker Hill*
Civil Nos. 2008-26 and 2008-27
Judgment
Page 2

("Lloyd's"), for summary judgment against the defendant, Bunker

Hill View Guest House, Inc. d/b/a Bunker Hill Hotel ("Bunker

Hill").  For the reasons more fully stated in the Memorandum

Opinion of even date, it is hereby

 **ORDERED** that the motion is **GRANTED**; it is further

 **ORDERED** that Bunker Hill is not entitled to coverage under

Commercial Lines Policy Number CPG1239 for liability arising out

of the assault and battery allegedly committed on Daren Stevens

and Sherett James; it is further

 **ORDERED** that Lloyd's is under no duty to defend Bunker Hill

in the lawsuits brought by Daren Stevens and the representative

of Sherett James' estate; and it is further

 **ORDERED** that the Clerk of Court shall **CLOSE** this case.


      S\_____
       **CURTIS V. GÓMEZ**
        **Chief Judge**